

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. AP-76,715

### EX PARTE ROBERT ALLEN MILLER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 09-1262-K368 IN THE 368TH DISTRICT COURT
### FROM WILLIAMSON COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of forgery and sentenced to six years' imprisonment. He did not appeal his conviction.

Applicant contends that his plea was involuntary because the plea agreement cannot be followed. The trial court determined that applicant plead guilty pursuant to an agreement that this sentence would run concurrently with a federal sentence. The State and the trial court agree that Applicant is entitled to relief. *Ex parte Huerta*, 692 S.W.2d 681 (Tex. Crim. App. 1985).

Relief is granted. The judgment in Cause No. 09-1262-K368 in the 368th Judicial District Court of Williamson County is set aside, and applicant is remanded to the custody of the Sheriff of Williamson County to answer the charge against him as set out in the indictment. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: January 25, 2012
Do Not Publish